```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CALIFORNIA
```

FILED AUG 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jose L. Delgadillo Petitioner, )   Case No. F049455
Vs.                             )
People of California            )   Request for Appointment of Counsel and Declaration of Indigency
         Defendant/Respondent   )

E-filing    CV 08 3779   JSW  (PR)

I, Jose L. Delgadillo, do hereby declare:

1. That I am the Petitioner/Plantiff in the attached cause of action and that I am incarcerated at Tallahatchie County Corr. Facility 415 U.S. Hwy. 49 North, located in Tutwiler, MS. 38963, California.

2. That I am indigent and unable to afford counsel to represent me in the herein proceedings, now before this Honorable Federal District Court.

3. That my total assets are $ 0.00, my income is $ 0.00 per month and I am in need of competent legal representation in this herein matter, in that I am a layman at law.

4. I hereby request that counsel be appointed by the said Federal District Court in this matter, so that my interest and rights may be protected by the professional assistance required, and pursuant USC § 3006A (g).

5. _____, who is a member in good standing with the American Bar Association, and has indicated availability to represent me in this said action, if the Court so Orders. I further declare under penalty of perjury and the laws of the United States, that the forgoing is true and correct to the best of my knowledge and belief, and that this declaration was executed on this _____ day of _____ 20___, at Blythe, California.

_____ 7-24-08
Petitioner/Plantiff Pro Per

# PROOF OF SERVICE

## Declaration Of Service By Mail

I, <u>JOSE L. DELGADILLO</u>, declare that I am over the age of eighteen (18) and that I am a party to this action. On <u>JULY 24, 2008</u>, 2008, I deposited a copy of the following document(s):

In a sealed envelope with postage prepaid into the United States mail outlet via authorized Tallahatchie County Correctional employee at Tallahatchie County Correctional Institution 415 U.S. Highway 49 North, Tutwiler, Mississippi 38963, and addressed as follows:

I declare under penalty of perjury pursuant to 28 U.S.C. §1746, and State Laws, that the foregoing is true and correct and that this declaration was executed at Tallahatchie County Correctional Facility, 415 U.S. Highway 49 North, Tutwiler, Mississippi 38963

DATED: July 24, 2008        Signature: _____