FILED
08 AUG 20 PM 3:49
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

JSW

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Jose L. Delgadillo Plaintiff,

vs.

People of the State of California Defendant.

CV 08 3779

CASE NO. 3779

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(PR)

I, Jose l. Delgadillo, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No x

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ______________ Net: ______________

Employer: I am presently incarcerated in a California Out of State Facility enrolled in a Computer Class in the Education Department.

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

I have been incarcerated since June 21, 2005 before my incarceration I worked in construction but since my incarceration I have been living on what little the Calif. dep't. of corrections has provided for me.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ____ No X

b. Income from stocks, bonds, or royalties? — Yes ____ No X

c. Rent payments? — Yes ____ No X

d. Pensions, annuities, or life insurance payments? — Yes ____ No X

e. Federal or State welfare payments, Social Security or other government source? — Yes ____ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

No income from any family member since 2005

3. Are you married? Yes ____ No X

Spouse's Full Name: (Divorced 20 years ago)

Spouse's Place of Employment: N/A

Spouse's Monthly Salary, Wages or Income:

Gross $ N/A Net $ N/A

4. a. List amount you contribute to your spouse's support:$ N/A

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

I have not been able to Pay Child Support because I am in Prison since 2005

5. Do you own or are you buying a home? Yes ____ No x

Estimated Market Value: $0.00 Amount of Mortgage: $0.00

6. Do you own an automobile? Yes ____ No X

Make N/A Year N/A Model N/A

Is it financed? Yes N/A No N?A If so, Total due: $ N/A

Monthly Payment: $ N/A

7. Do you have a bank account? Yes ____ No X (Do not include account numbers.)

Name(s) and address(es) of bank: Not Applicable

Present balance(s): $ N/A

Do you own any cash? Yes N/A No ____ Amount: $ 0.00

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No x

8. What are your monthly expenses?

Rent: $ 0.00 Utilities: 0.00

Food: $ 0.00 Clothing: 0.00

Charge Accounts: None

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ 0.00 |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NOT APPLICABLE

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No _x_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed

NOT APPLICABLE

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

August 12, 2008
DATE

[signature]
SIGNATURE OF APPLICANT

**Case Number:** CV 08 3779 JSW (PR)

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Jose L. Delgadillo [prisoner name] for the last six months California Out of State Fac. 415 U.S. HWY. 49 North Tutwiler MS. 38963 [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 6.00 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 13.59.

Dated: August 12, 2008

[signature]
[Authorized officer of the institution]


Jose
adillo #F03035
23U
Y. 49 North
Mississippi 38963
BUSINESS REPLY MAIL
FIRST-CLASS MAIL PERMIT NO. 12615 WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS
US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680
NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES