IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L. DELGADILLO, ) | No. C 08-3779 JSW (PR) |
| Petitioner, ) | |
| vs. ) | **ORDER OF TRANSFER** |
| PEOPLE OF THE STATE OF ) CALIFORNIA, ) | (Docket No. 2) |
| Respondent. ) | |

     Plaintiff, a prisoner of the State of California currently incarcerated at Tallahatchie County Correctional Facility in North Tutwiler, Mississippi, has filed a petition for a writ of habeas corpus in this Court. Petitioner is seeking review of his criminal conviction from Kern County, which lies within the venue of the Eastern District of California. *See* 28 USC § 84(b). Petitioner has neither paid the filing fee, nor filed an application to proceed *in forma pauperis.*

     Venue is proper in a habeas action in either the district of conviction or the district of confinement, *see id* § 2241(d). Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Therefore, the Court ORDERS that pursuant to 28 USC § 1404(a) and Habeas LR 2254-3(b), and in the interest of justice, the Clerk of the Court shall TRANSFER this matter to the United States District Court for the Eastern District of California forthwith. In light of the transfer, the Court will not decide Petitioner's pending motion for counsel (docket no. 2).

     IT IS SO ORDERED.

DATED: August 22, 2008

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE L DELGADILLO,

       Plaintiff,

  v.

PEOPLE OF CALIFORNIA et al,

       Defendant.

Case Number: CV08-03779 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose L. Delgadillo
F03035
Tallahatchie County Correctional Facility
415 U.S. Highway 49 North
Tutwiler, MS 38963

Dated: August 22, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk